UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2018 APR 30 PM 1: 41

CLERK_____
SO. DIST. OF GA.

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.    )<br>)<br>JE'NEKI RIGGINS-HERZFELD )<br>)<br>Defendant )  | INFORMATION<br>CR 414-157 |

## LEAVE OF COURT

Leave of Court is GRANTED for the filing of the foregoing dismissal of the

Information pending against Defendant **JE'NEKI RIGGINS-HERZFELD** without

prejudice.

SO ORDERED, this 30th day of April            , 2018.


_A. R. Smith_____

HON. G. R. SMITH
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA